CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., ESQ., SBN 111282
RayBallister@cda4access.com
MARK D. POTTER, ESQ., SBN 166317
Mark@potterhandy.com
RUSSELL C. HANDY, ESQ., SBN 195058
russ@potterhandy.com
9845 Erma Road, Suite 300
San Diego, CA 92131-1084
(858) 375-7385; Fax (888) 422-5191
Attorney for Plaintiff JON CARPENTER

E-FILED 05/31/2012
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CARPENTER,<br><br>    Plaintiff,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC; A MISSOURI CORPORATION; NATALIE MASSENET; AND DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:12-CV-00328-PSG-FMO<br><br>**ORDER DISMISSING CASE** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: 5/30/12

PHILIP S. GUTIERREZ
_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE